**No. 41819.**—Protest 211731-G of Abraham & Straus, Inc. (New York).

Opinion by TILSON, J. The record established that certain of the items in question consist of Normandy laces similar to those the subject of *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40). The claim was therefore sustained as to these articles.

**No. 41820.**—Protest 203280-G of I. Magnin & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) the Normandy laces in question were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41821.**—Protest 111920-G of Fred'k Loeser & Co., Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and following *United States* v. *Amrein* (26 C. C. P. A. 353, C. A. D. 40) the Normandy laces in question were held dutiable at 75 percent under paragraph 1430 as claimed.

BEFORE THE FIRST DIVISION, JULY 14, 1939

**No. 41822.**—Protest 954649-G of L. Oppleman, Inc. (New York).

Opinion by SULLIVAN, J. In accordance with stipulation of counsel the claim at 35 percent under paragraph 228 (b) and T. D. 48316 was sustained as to certain of the field glasses in question.

**No. 41823.**—Protests 969129-G, etc., of Wm. Shaland (New York).

Opinion by SULLIVAN, J. From the testimony it was found that the articles in question are not chiefly used for the amusement of children. They were therefore held dutiable as manufactures of fur at 50 percent under paragraph 1519 as claimed.